BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>JOSE ALFREDO ZAMORA-URENA,<br> a.k.a. Jose Zamora,<br><br>              Defendant. | CASE NO. 2:12-cr-00108 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME PERIODS UNDER THE SPEEDY TRIAL ACT** |

Plaintiff United States of America ("government") and defendant, by and through their respective counsel, hereby stipulate as follows:

1.  By prior order, the Court set this matter for status conference to take place on October 12, 2012, and time was excluded through October 12, 2012, pursuant to Excludable Delay Code ("Local Code") T4.

2.  The parties had anticipated that the forthcoming status conference would be converted into a change of plea and sentencing proceeding. However, neither party has yet received a copy of the Pre-Plea Advisory Guideline Presentence Investigation Report ("Pre-Plea Report") in this case.

1

1  3. By this stipulation, defendant moves to continue the status
2 conference until **October 26, 2012,** and to exclude time pursuant to
3 Local Code T4. The government does not oppose this request.
4  4. The parties agree and stipulate, and request that the Court
5 find, as follows:
6   a. The parties represent that as of October 9, 2012,
7 neither party has received the Pre-Plea Report prepared in this case.
8   b. Defendant's counsel desires additional time to consult
9 with his client, review the Pre-Plea Report, and review the Pre-Plea
10 Report with his client.
11   c. Defendant's counsel believes that failure to grant the
12 above-requested continuance would deny him the reasonable time
13 necessary for effective preparation, taking into account the exercise
14 of due diligence.
15   d. The government does not object to the continuance.
16   e. Based on the above-stated findings, the ends of
17 justice served by continuing the case as requested outweigh the
18 interest of the public and the defendant in a trial within the
19 original date prescribed by the Speedy Trial Act.
20   f. For the purpose of computing time under the Speedy
21 Trial Act, 18 U.S.C. §§ 3161 et seq., within which trial must
22 commence, the time period from October 12, 2012, through and
23 including October 26, 2012, is deemed excludable pursuant to 18
24 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4], because it results
25 from a continuance granted by the Court at defendant's request on the
26 basis of the Court's finding that the ends of justice served by
27 taking such action outweigh the best interest of the public and the
28 defendant in a speedy trial.

    5.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

DATED: October 9, 2012               /s/ Nirav K. Desai
                                     NIRAV K. DESAI
                                     Assistant U.S. Attorney

DATED: October 9, 2012               /s/ Michael Petrik
                                    (as authorized on Oct. 9, 2012)
                                     MICHAEL PETRIK
                                     Counsel for Defendant

ORDER

    The parties' stipulation, including the proposed findings, is HEREBY APPROVED.

    IT IS SO FOUND AND ORDERED.

Dated:  October 9, 2012

                                     _____
                                     GARLAND E. BURRELL, JR.
                                     Senior United States District Judge